| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | MAYA KARWANDE (CABN 295554)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7256 |
| 7 | FAX: (415) 436-7234<br>Maya.Karwande@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 20-MJ-71432 |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE DETENTION HEARING TO OCTOBER 16, 2020 AND |
| v. | ) ) | [~~PROPOSED~~] ORDER |
| NEGIE TONY FALLIS, | ) ) | |
| Defendant. | ) ) | |

A detention hearing is currently set in the above captioned matter for October 14, 2020 at 10:30 AM. It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Negie Tony Fallis that the hearing set for October 14, 2020 be continued to October 16, 2020 at 10:30 AM. Defense counsel requests that hearing be continued to allow additional time for the preparation of the pretrial services report.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

1      IT IS SO STIPULATED.

2    DATED:     October 13, 2020               /s/
                                               Maya Karwande
3                                                Assistant United States Attorney

4

5 DATED:     October 13, 2020               /s/
                                               William Welch
6                                                Counsel for Defendant Negie Tony Fallis

7                                  **[~~PROPOSED~~] ORDER**

8      Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court orders the detention hearing set for October 14, 2020 at 10:30 AM be continued to October 16, 2020 at 10:30 AM.

11      IT IS SO ORDERED.

13 DATED: October 14, 2020                             _____
                                                         Hon. Joseph C. Spero
14                                                          United States District Judge